**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JAMILA PHILLIPS**                                                              **PLAINTIFF**

**V.**                      **NO. 4:06-CV-00925- GTE**

**CATHIE MATHEWS, individually and
in her official capacity as Director of
Department of Arkansas Heritage; and
SHARON HACKER, individually and in
her official capacity as an employee of the
State of Arkansas; and MIKE HUCKABEE, in
his official capacity as Governor of the State
of Arkansas**                                          **DEFENDANTS**

## ORDER

Before the Court is a Motion to Quash Service in their Individual Capacities filed by Separate Defendants Cathie Mathews and Sharon Hacker. Plaintiff Jamila Phillips has responded to the motion. For good cause shown, the motion will be granted.

For cause, Defendants Cathie Mathews and Sharon Hacker, both of whom have been sued in their official and individual capacities, have not been properly served in their "individual" capacities. It appears that both Ms. Mathews and Ms. Hacker were served by certified mail, return receipt requested at their place of business. Neither Defendant signed the receipt for the certified mail.

It appears that Defendants have the better argument. Fed. R. Civ. P. 4(e)(1) governs service upon individuals. By providing that "service upon an individual . . . may be effected . . . pursuant to the law of the state in which the district court is located" the federal rule adopts by reference the law of Arkansas. Arkansas' procedural counterpart, Ark. R. Civ. P. 4(d)(1), states

that "[s]ervice shall be made upon . . . an individual, other than an infant by delivering a copy of the summons and complaint to him *personally*. (Emphasis added). Arkansas law requires that when serving an individual by mail, "[s]ervice of a summons and complaint upon a defendant . . . may be made by the plaintiff or an attorney of record for the plaintiff by any form of mail addressed to the person to be served with a *return receipt requested and delivery restricted to the addressee* or the agent of the addressee. Ark. R. Civ. Pro. 4(d)(8)(A)(i) (emphasis added).

Here, the Complaint and Summons was mailed to both defendants at their place of business. An individual named Jerusha Schofer signed for service for both Defendants. (Docket Nos. 7 and 8). Defendants state that this individual is not their agent.

## CONCLUSION

Because it does not appear that proper service has been effected on either of the Separate Defendants Mathews and Hacker in their individual capacities,

IT IS THEREFORE ORDERED THAT Separate Defendants' Cathie Mathews and Sharon Hacker's Motion to Quash Service in their "Individual" Capacities (Docket No. 12) be, and it is hereby, GRANTED.

IT IS SO ORDERED this 26th day of September, 2006.

    _/s/ Garnett Thomas Eisele_____
    UNITED STATES DISTRICT COURT