# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMILA PHILLIPS**                                                                          **PLAINTIFF**

**v.**                                            **4:06CV00925-WRW**

**CATHIE MATHEWS,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date, granting Defendants' Motion for Summary Judgment, this case is DISMISSED WITH  PREJUDICE.

IT IS SO ORDERED this 10rh day of December, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE